IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JESSE DUNCAN,**

**Defendant.**                                                                 **05-CR-30015-DR-8**

### ORDER

**HERNDON, District Judge:**

The operators of the current holding facility and the Office of the United States Marshall shall have the Court's authorization to allow Defendant Jesse Duncan ("Defendant") to marry his fiancee, Loretta McGowan, at Defendant's expense, provided the appropriate security can be maintained to protect all concerned.

**IT IS SO ORDERED.**

Signed this 16th day of November, 2005.

                                                                          /s/          David RHerndon
                                                                   **United States District Judge**